WAREHIME ENTERPRISES, INC., Appellant,

v.

John WAREHIME and Patricia Warehime, Husband and Wife, Appellees.

Supreme Court of Pennsylvania.

Argued Nov. 15, 1999.

Decided Dec. 10, 1999.

David B. Schaumann, Bradley J. Leber, Blakey Yost Bupp & Schaumann, York, for Warehime Enterprises, Inc.

David E. Lehman, McNees Wallace & Nurick, James P. DeAngelo, Harrisburg, for John and Patricia Warehime.

Before FLAHERTY, C.J., and ZAPPALA, CAPPY, CASTILLE, NIGRO, NEWMAN and SAYLOR, JJ.

*ORDER*

PER CURIAM:

Appeal dismissed as having been improvidently granted.